# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 856
SCRANTON, PA 18501-0856
*Chambers_of_Judge_Edwin_M._Kosik@pamd.uscourts.gov*

**EDWIN M. KOSIK**  **TEL.** (570) 207-5730
DISTRICT JUDGE  **FAX.** (570) 207-5739

July 18, 2007

Duncan Hogan
Reg. No. 12866-067
USP Canaan, Unit C-2
PO Box 300
Waymart, PA 18472

***RE: United States v. Duncan Hogan***
***MDPA; Criminal No. 3:CR-04-213***

Dear Duncan:

I have your letter of July 8th to the Clerk of Court inquiring about copies of certain records. I can only tell you that I can't change the rules for supplying copies of records to individuals.

Since Carl Poveromo was your attorney in this matter, I am copying him with this letter with the hopes that he can provide you with copies of the materials you seek which, in all probability, are in his file.

Sincerely,

***s/Edwin M. Kosik***
United States District Judge

EMK:mb
cc: Carl Poveromo, Esquire